■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORAN EVANS, Appellant.—Application by the defendant for a writ of error coram nobis to vacate a decision and order of this court dated September 8, 1986 [123 AD2d 328], affirming an amended judgment of the Supreme Court, Kings County (Owens, J.), rendered January 25, 1985, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied, without costs or disbursements. Mollen, P. J., Brown, Kunzeman and Rubin, JJ., concur.